CONNECTICUT NATURAL GAS CORPORATION *v.* PUBLIC UTILITIES CONTROL AUTHORITY ET AL.

The named defendant's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Robert S. Golden, Jr.,* assistant attorney general, in support of the petition.

*John C. Yavis, Jr.,* and *John E. Silliman,* in opposition.

The petition for certification by the defendant Division of Consumer Council for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Barry S. Zitser,* in support of the petition.

*John C. Yavis, Jr.,* and *John E. Silliman,* in opposition.

Decided November 13, 1979

ALAN BERNI CORPORATION *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH ET AL.

The petition for certification by the defendants Buster Brown Textiles, Inc., and Tige Realty Corporation for appeal from the Superior Court in the judicial district of Fairfield at Stamford is denied by the court.

*John F. Lambert,* in support of the petition.

*David R. Tobin,* in opposition.

Decided November 13, 1979